WILLIAM P. BAKEN, Survivor, etc., Appellant, v. EUNICE C. HARDER, Respondent.

*Married woman — charging separate estate.*

Appeal from a judgment in favor of the defendant, entered upon the report of a referee.

Upon a former appeal in this action from a judgment in favor of the plaintiff, the judgment was reversed, upon the ground that the plaintiff's claim was for the benefit and advantage of defendant's husband, and in no respect for the benefit of her separate estate, and that she had not charged her separate estate with the payment of the debt. Upon this appeal the General Term were of the opinion that the cases of *Maxon* v. *Scott,** and *Kelty* v. *Long,†* were not in conflict with the former decision of the court in this case, and, as the facts upon which it was presented were substantially the same, affirmed the judgment.

*D. Magone, Jr.*, for the appellant.

*Vary & Stone*, for the respondent.

Opinion by Boardman, J.

Present — Learned, P. J., Boardman and James, JJ.

James, J., dissented.

Judgment affirmed, with costs.